DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re N.A.B.<br><br>Case Below:<br>167 N.C. App. 370 | No. 037P05 | Respondent's PWC to Review the Decision of the COA (COA03-1707) | Denied<br>05/04/05 |
| In re SDG & TLG<br><br>Case Below:<br>168 N.C. App. 728 | No. 189P05 | Respondent's (Sharon G., Mother) PDR under N.C.G.S. § 7A-31 (COA04-385) | Denied<br>06/30/05 |
| In re T.B.<br><br>Case Below:<br>166 N.C. App. 763 | No. 598P04 | Petitioner's (Tamieka M.) PDR Under N.C.G.S. § 7A-31 (COA03-1530) | Allowed<br>05/04/05 |
| In re V.L.B.<br><br>Case Below:<br>168 N.C. App. 679 | No. 188P05 | Respondent's (Father) PDR Under N.C.G.S. § 7A-31 (COA04-219) | Denied<br>05/04/05 |
| James v. Bartlett<br><br>Case Below:<br>359 N.C. 260<br>359 N.C. 272<br>359 N.C. 274 | No. 602PA04-3 | Plt's Petition for Writ of Mandamus | 1. Dismissed<br>**04/28/05**<br><br>**Parker, J. and Edmunds, J. Recused** |
| James v. Bartlett<br><br>Case Below:<br>359 N.C. 260<br>359 N.C. 272<br>359 N.C. 274 | No. 602PA04-2 | 1. Plaintiff-Appellants' Motion for Reconsideration of this Court's decision date 4 February 2005<br><br>2. Plaintiff-Appellants' Motion to Suspend the Rules to Expand Time to Allow Reconsideration | 1. Denied<br>05/04/05<br><br>2. Denied<br>05/04/05<br><br>**Parker, J. and Edmunds, J. Recused** |
| Jeffers v. D'Alessandro<br><br>Case Below:<br>169 N.C. App. 455 | No. 252P05 | Plt-Appellant's PDR Under N.C.G.S. § 7A-31 (COA04-944) | Denied<br>06/30/05 |
| Lassiter v. Cohn<br><br>Case Below:<br>168 N.C. App. 310 | No. 138P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-672) | Denied<br>**04/06/05** |
| Lestep, Inc. v. Smith<br><br>Case Below:<br>167 N.C. App. 109 | No. 633P04 | Defs' PDR Under N.C.G.S. § 7A-31 (COA03-1316) | Denied<br>05/04/055 |